IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                        CHAPTER 13 CASE
                                                              NO. 10-30385-DHW

JERRY D. STINSON,
XXX-XX-9947

       Debtor(s).

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on February 17, 2010.

2. The debtor(s) continued §341 Meeting of Creditors was held April 22, 2010.

3. The debtor(s) plan proposes to pay 0% to unsecured creditors with plan payments of $420.00 per month.

4. Debtor has land valued at $11,900.00. This amount less homestead exemption of $5,000.00 and $1,190.00 cost of sale leaves equity of $5,710.00 which requires a POT in that amount for the benefit of unsecured creditors.

WHEREFORE, the above premises considered, Trustee prays this Honorable Court will deny confirmation, as the plan fails to meet the best interest of creditors test.

Respectfully submitted this 17th day of may 2010.

Curtis C. Reding  
Standing Chapter 13 Trustee

By: /s/ Sabrina L. McKinney
Sabrina L. McKinney
Staff Attorney
ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 17th day of May 2010.

/s/ Sabrina L. McKinney
Sabrina L. McKinney

Jerry D. Stinson
1378 Elizabeth St.
McKenzie, AL 36456

Richard D. Shinbaum (electronic filing)